FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 JUN 11  P 12: 14

CLERK'S OFFICE
AT BALTIMORE

BY

IN THE UNITED STATES DISTRICT COURT
for the District of Maryland
Baltimore Division

Hassan Crawford,

    Plaintiff,

v.

ASSET ACCEPTANCE
KENNETH PROCTOR
DAVID A. DEN HOUTEN

    Defendant(s).

Civil No. 1:12-CV-00554-CCB

____FILED   ____ENTERED
____LODGED  ____RECEIVED

JUN 08 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Hassan Crawford; defendant(s) is PORTFOLIO RECOVERY ASSOCIATES and KEITH S. MCGURGAN.

2. On February 21, 2012, plaintiff sued defendant(s).

3. This case is not a class action.

4. A receiver has not been appointed in this action.

5. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff and Defendant(s) have through amicable negotiation agreed to a mutually satisfactory settlement which eliminates any requirement to litigate this matter.

8. This dismissal is with prejudice.

Respectfully submitted,

Approved ccb w/s 6/11/12

RECEIVED IN THE OFFICE OF
CATHERINE C. DRAKE

JUN 08 2012

UNITED STATES DISTRICT JUDGE